GIOVANNI ELEFANTE, Appellant, *v.* LOUIS PIZITZ, Respondent.

*Negligence — tenement houses — visitor to tenant injured through giving way of stair — owner not liable when entire house has been leased and by terms of lease lessee is required to make repairs.*

*Elefante* v. *Pizitz*, 182 App. Div. 819, affirmed.

(Argued November 24, 1920; decided December 10, 1920.)

APPEAL from a judgment entered April 10, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff after visiting a tenant in a tenement house owned by defendant was descending the stairs when a platform gave way and he was precipitated to the floor beneath receiving the injuries complained of. The Appellate Division reversed the judgment in his favor upon the ground that it appeared the defendant had leased the entire building and that by the terms of the lease it was the duty of the lessee to keep the stairs in repair.

*George B. Class* and *John L. Class* for appellant.
*Frederick Mellor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.